IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES E. WILLIAMS                                                                                  PLAINTIFF
ADC #78429

v.                                    CASE NO: 1:14CV00021 BSM

JAMES A. HILL                                                                                      DEFENDANT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young, along with the objections filed, have been reviewed. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE